HMJ:hcs
AO 442 (Rev. 11/11) Arrest Warrant

2025R00345

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

VANCE LUTHER BOELTER

Case No. 25-mj-376 (JFD)
**FILED UNDER SEAL PURSUANT TO COURT ORDER**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
<u>Vance Luther Boelter</u>
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment    ___ Superseding Indictment    ___ Information    ___ Superseding Information    _X_ Complaint
___ Probation Violation Petition    ___ Supervised Release Violation Petition    ___ Violation Notice    ___ Order of the Court

On or about June 14, 2025, in the State and District of Minnesota, VANCE LUTHER BOELTER: with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, used an electronic communication service and electronic communication system of interstate commerce, and a facility of interstate or foreign commerce, to engage in a course of conduct that placed that person in a reasonable fear of the death of and serious bodily injury to that person and that person's spouse, and in the course of engaging in such conduct caused the death of that person and that person's spouse, all in violation of 18 U.S.C. § 2261A(2)(A) and 2261(b)(1) (Counts One and Two); during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, a stalking offense, knowingly used and carried a firearm, and in furtherance of such crimes, possessed a firearm, and in the course of that crime caused the death of a person through the use of a firearm, which killing is murder as defined in Title 18, United States Code, Section 1111(a), all in violation of United States Code, Section 924(j) (Counts Three and Four); during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, a stalking offense, knowingly used and carried a firearm, and in furtherance of such crimes, possessed a firearm, which was brandished and discharged, all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), (iii) (Counts Five and Six).

Date: <u>June 15, 2025</u>

*/s/ John F. Docherty*
<u>                                         </u>
*Issuing officer's signature*

City and State: <u>St. Paul, MN</u>

The Honorable John F. Docherty
United States Magistrate Judge
<u>                                         </u>
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br> Date: _____ <br><br> _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |