# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: DOUGLAS L. MICKO |
| v. | U.S. Magistrate Judge |
| Vance Luther Boelter, | Case No: 25-mj-376 JFD |
| | Date: June 27, 2025 |
| | Court Reporter: Caitlin Albrecht |
| | Courthouse: St. Paul |
| Defendant. | Courtroom: Devitt Courtroom |
| | Time Commenced: 11:06 a.m. |
| | Time Concluded: 11:13 a.m. |
| | Time in Court: 7 minutes |

X **PRELIMINARY/DETENTION HRG**

Time in Court Prelim/Det: 3 minutes/4 minutes

APPEARANCES:

Plaintiff: Harry Jacobs, Matthew Forbes and Bradley Endicott, Assistant U.S. Attorney
Defendant: Manny Atwal
  X FPD

On   X Complaint

Defense counsel motions for continuance of the preliminary hearing under Rule 5.1(d) and the detention hearing under 18:3142(f). Motion GRANTED.

The detention and preliminary hearing have been continued to Thursday, July 3, 2025 at 2:30 p.m. before Magistrate Judge Douglas L. Micko in Edward J. Devitt Courtroom, Warren E. Burger Federal Building and U.S. Courthouse, Saint Paul, Minnesota.

Additional Information:
-Defendant consents to have the preliminary hearing outside the 14-day continuance.

*s/aln*
Signature of Courtroom Deputy