IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: DOUGLAS L. MICKO |
| | U.S. Magistrate Judge |
| v. | |
| Vance Luther Boelter, | Case No: 25-mj-376 JFD |
| | Date: July 3, 2025 |
| | Court Reporter: Lynne Krenz |
| | Courthouse: St. Paul |
| Defendant. | Courtroom: Devitt Courtroom |
| | Time Commenced: 2:28 p.m. |
| | Time Concluded: 2:35 p.m. |
| | Time in Court: 7 minutes |

X **PRELIMINARY HEARING**    X **DETENTION HEARING**
Time in Court Prelim/Detention: 3 minutes/4 minutes

APPEARANCES:

Plaintiff: Bradley Endicott, Daniel Bobier, Harry Jacobs, Matthew Forbes - Assistant U.S. Attorneys
Defendant: Manny Atwal
    X FPD

On    X Complaint

X Defendant waives the right to the detention hearing.
X Defendant Ordered Detained. Government to submit proposed order.

X Defendant waives the right to the preliminary hearing.
X Probable cause found. Defendant bound over to District Court of Minnesota.

*s/nah*
Signature of Courtroom Deputy