# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No: 25-cr-0272 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER ON ORAL MOTION FOR EXTENSION OF DEADLINES** |
| Vance Luther Boelter, | |
| Defendant. | |

This matter is before the Court on Defendant Vance Luther Boelter's oral motion ("Motion"), heard by the Court at the November 12, 2025 Status Conference, requesting an extension of time to file pretrial motions. The Motion seeks to extend the January 12, 2026 pretrial motions filing deadline to May 11, 2026, to continue the motions hearing, and to exclude time from the Speedy Trial Act calculations in this case. As grounds for the requested continuance, defense counsel stated that discovery is particularly voluminous and additional time is needed to review it. The Government did not object to the requested extension.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's oral Motion for extension of time to file pretrial motions is **GRANTED** as follows:

1. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **May 11, 2026**.

2. **Counsel must electronically file a letter on or before May 11, 2026, if no motions will be filed and there is no need for a hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **May 26, 2026**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **May 29, 2026**, in accordance with Local Rule 12.1(c)(3)(B).

5. The motions hearing currently scheduled for **February 20, 2026 at 10:00 a.m.** is **CANCELED**.

6. A status conference will be held on **February 20, 2026 at 10:00 a.m.** in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

7. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

    a. The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

8. If required, a motions hearing will be held before Magistrate Judge Dulce J. Foster on **June 3, 2026 at 9:30 a.m.**, in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

9. Trial and trial-related dates will be set by separate Order.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all the files and proceedings herein, including the facts set forth in the motion and the supporting documents. Accordingly, the period of time from **January 12, 2026,** the prior motions deadline, through **May 11, 2026,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

Dated:   November 12, 2025           *s/ Dulce J. Foster*
                                     DULCE J. FOSTER
                                     United States Magistrate Judge