

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN 55415* | |

June 10, 2026

The Honorable John R. Tunheim          The Honorable Dulce J. Foster
United States District Court              United States District Court
 for the District of Minnesota            for the District of Minnesota
300 South Fourth Street                 300 South Fourth Street
Minneapolis, MN 55415                  Minneapolis, MN 55415

Re:    *United States v. Boelter*, No. 25-cr-272 (JRT/DJF) – Request for Change of Plea
       Hearing

Dear Judge Tunheim and Judge Foster:

The Attorney General has authorized and directed the government not to seek the death penalty against Defendant Vance Luther Boelter in accordance with the terms delineated in a proposed plea agreement, a copy of which has been submitted to the Court.

After conferring with counsel the defendant, the parties respectfully request that a change-of-plea hearing be set in this matter.

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Matthew D. Forbes*
Bradley M. Endicott
Matthew D. Forbes
Assistant U.S. Attorneys