# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>VANCE LUTHER BOELTER,<br><br>             Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:        CR25-272(JRT/DJF)<br>Date:           June 11, 2026<br>Court Reporter:   Rachel Braun<br>Courthouse:    Minneapolis<br>Courtroom:     14E<br>Time Commenced: 10:06 a.m.<br>Time Concluded:  10:54 a.m.<br>Time in Court:    48 Minutes |

Before Judge John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:     Bradley Endicott and Matthew Forbes, Assistant U.S. Attorneys
    For Defendant:   Manvir Atwal, Ryan Norwood, and Kimberly Sharkey, PDA

PROCEEDINGS:
    X  **Change of Plea Hearing.**

    X  PLEA:
        X  Guilty as to Counts: 1-6 of the indictment

    X  Presentence Investigation and Report requested.
    X  Sentencing to be scheduled.
    X  Defendant remanded to the custody of the U.S. Marshal.

s/Karen Moldenhauer
Karen Moldenhauer, Judicial Assistant
And Courtroom Deputy for Judge Tunheim
