UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-272 (JRT/DJF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **MR. BOELTER'S POSITION ON** |
| v. | ) | **SENTENCING** |
| | ) | |
| VANCE LUTHER BOELTER, | ) | |
| | ) | |
| Defendant. | ) | |

Vance Boelter cannot take back his actions from the early morning hours of June 14, 2025, or his actions leading up to that day. What he can give the victims of his crime is finality to the federal case by taking responsibility for his actions and agreeing to recommend to this Court that he be sentenced to the statutory maximum of life plus life plus ten years plus ten years plus 20 years of imprisonment. Mr. Boelter knows expressing his remorse does not take away the pain he has caused. But pleading guilty and agreeing to maximum penalties does show Mr. Boelter's sincere remorse.

Mr. Boelter has a pending civil case and state charges from June 14, 2025, which limits what can be said at this time. A Presentence Report (PSR) has been completed with information provided to the United Probation Office by Mr. Boelter's counsel. The PSR found the advisory guideline range to be the same as the plea agreement. There are two disagreements. The PSR applies a 6-level official victim enhancement to Count 4; the parties did not apply this enhancement. USSG §3A.1(b).   The 6-level enhancement increases the multiple count enhancement by 3 levels rather than the 2 levels anticipated by the parties. Regardless of the 6-level enhancement, the total offense level exceeds the

1

maximum level of 43. As such, the advisory range found in the PSR does not differ from the plea agreement. Because Mr. Boelter has no prior criminal history, he falls in criminal history category I. The total offense level is 54 which results in an advisory range of life plus an additional 20 years. The parties agree to consecutive sentences with a total of life plus life plus 40 years of imprisonment. The joint recommendation follows the government's agreement not to seek the death penalty.

As noted in the plea agreement, Mr. Boelter agrees to pay restitution. However as of today, no restitution amount or supporting documentation has been provided to counsel. Once the restitution amount has been determined, Mr. Boelter requests that a payment plan be imposed and interest waived. In light of the anticipated restitution, Mr. Boelter requests no fine be imposed. Mr. Boelter is represented by the Federal Defender's Office because he is indigent. He understands the Court must impose a total of $600 in special assessments.

Mr. Boelter respectfully requests that the Court recommend that the Bureau of Prisons designate Mr. Boelter to USP Coleman II in Florida. As noted in the PSR, Mr. Boelter has been kept separate from other inmates for a majority of his time at Sherburne County Jail. For the first two months of his current (and only) incarceration, he was kept in a "booking cell." This meant he had no contact with other inmates and did not have access to programming or recreational time as other inmates. He was later moved to another unit but still did not have contact with other inmates. His programming was limited to programs on his tablet, and he took advantage of on-line classes. Mr. Boelter has completed 127 individual certificate programs. The certificates were provided to Probation and summarized in the PSR.

It was not until March of this year when Mr. Boelter was placed in Medium Protective Custody that he was able to have contact with other inmates. Most importantly, he was able to participate in in-person programing. The therapy has assisted Mr. Boelter in understanding his actions. Mr. Boelter hopes to pursue similar programming at the Bureau of Prisons. Finally, Mr. Boelter has been able to consult with a pastor online. He has participated in a Bible study with the few inmates in his unit.

Mr. Boelter is hoping he can work while in prison. As noted in the PSR, Mr. Boelter has a lengthy and strong employment history. He has maintained consistent employment since 1992, up until his arrest in this case. From 1992 to 2021, Mr. Boelter had a long-standing career in the food industry. He worked for six different food companies in various managerial roles. Mr. Boelter's performance in these roles led to his appointment to the Governor's Workforce Development Council by then-Minnesota Governor Mark Dayton. He was subsequently re-appointed by Governor Tim Walz and served on the Council through January 2024.

While simultaneously working jobs in the food industry, Mr. Boelter also incorporated several businesses that combined his skills and interests. In 2006, he started a religious ministry company called Revoformation Ministries Inc. The entity aimed to teach and train others about Christianity through mission work. In 2018, he registered Praetorian Guard Security Services, a private-security company. In 2021, he utilized his expertise in the food industry to incorporate a non-profit organization called, "You Give Them Something to Eat." He also stepped into the CEO role at Red Lion Group, an organization based in the Democratic Republic of Congo (DRC). In this role, Mr. Boelter spearheaded

3

projects to combat hunger and food insecurity in the DRC facilitating imports/exports, commercial fishing, and farming.

In 2023, Mr. Boelter began work in the funeral industry – employment that required long hours and intensive physical labor. Working under the supervision of licensed morticians, Mr. Boelter obtained a Transport Care Specialist certification from the Minnesota Department of Health. Mr. Boelter remained employed in the industry until his arrest in this matter.

Mr. Boelter understands that his impending sentence means he will spend the rest of his life in prison. But the skill set he maintains from his diverse employment history makes him a strong candidate for programming, employment, and other opportunities at the Bureau of Prisons.

Mr. Boelter has pled guilty to very serious crimes because he wanted to take responsibility for his actions. He cannot change his actions from June 14, 2025. He is ready to face the consequences. He is requesting the Court sentence him to life plus life plus ten years plus ten years plus twenty years in federal prison.

Dated:   July 21, 2026                              Respectfully submitted,

                                                    s/Manny K. Atwal

                                                    _____

                                                    MANNY K. ATWAL
                                                    Attorney ID No. 282029
                                                    Attorney for Mr. Boelter
                                                    107 U.S. Courthouse
                                                    300 South Fourth Street
                                                    Minneapolis, MN 55415


                                                    s/Kimberly Sharkey

                                                    _____

                                                    KIMBERLY SHARKEY
                                                    Assistant Federal Defender
                                                    District of Nevada
                                                    Attorney for Mr. Boelter


                                                    s/Ryan Norwood

                                                    _____

                                                    RYAN NORWOOD
                                                    Assistant Federal Defender
                                                    District of Nevada
                                                    Attorney for Mr. Boelter