**U.S. Department of Justice**

United States Attorney
District of Minnesota

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*Telephone: (612) 664-5600*
*Fax: (612) 664-5787*

October 19, 2026

The Honorable John R. Tunheim
United States District Court
for the District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Re: *United States v. Boelter*, No. 25-cr-272 (JRT/DJF) – Request for Adjudication of Restitution Dispute

Dear Judge Tunheim:

The government has no additional briefing or evidence to submit regarding the issue of restitution in the above-captioned case beyond what was presented in advance of the canceled status conference that had been scheduled for September 29, 2026. (*See* Gov't's Br. Regarding Status of Restitution, ECF No. 70, Sept. 16, 2026 (SEALED); Email from M. Forbes to the Court, Sept. 21, 2026 (attaching exhibits).)

The government respectfully requests that the Court adjudicate what remains of the dispute based on the existing record.

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*/s/ Matthew D. Forbes*
Bradley M. Endicott
Matthew D. Forbes
Assistant U.S. Attorneys