**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

VANCE LUTHER BOELTER,

Defendant.

Criminal No. 25-272 (JRT/DJF)

**ORDER EXTENDING DEADLINE TO DETERMINE THE AMOUNT OF RESTITUTION**

---

Matthew D. Forbes, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, and Bradley M. Endicott, **UNITED STATES ATTORNEY'S OFFICE**, 316 North Robert Street, Suite 404, Saint Paul, MN 55101, for Plaintiff.

Manvir K. Atwal, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415; Kimberly Sharkey and Ryan Norwood, **OFFICE OF THE FEDERAL DEFENDER FOR THE DISTRICT OF NEVADA,** 411 East Bonneville Avenue, Suite 250, Las Vegas, NV 89101, for Defendant.

At the time of sentencing Defendant Vance Luther Boelter, on July 23, 2026, the Court indicated that it would impose restitution and that it intended to determine the restitution amount within 90 days. Almost 90 days have elapsed, and the parties have not reached an agreement on the amount of restitution due and disagree on whether certain losses are compensable under the Mandatory Victim Restitution Act (MVRA), 18 U.S.C. § 3663A, or under 18 U.S.C. § 2264.[1]

---

[1] For offenses including stalking under 18 U.S.C. § 2261A, restitution is mandatory under 18 U.S.C. § 2264(a).

Although 18 U.S.C. § 3664(d)(5) provides that "the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing," a sentencing court that exceeds the 90–day deadline nonetheless retains the power to order restitution where that court makes clear prior to the deadline's expiration that it would order restitution, leaving open only the amount. *Dolan v. United States*, 560 U.S. 605, 611 (2010).

The Court, therefore, reiterates that it will order restitution but that it will continue to leave the amount open until there is a determination of the "full amount of each victim's losses." 18 U.S.C. § 3664(f)(1)(A). The Court will also request further briefing regarding the statutory basis for the restitution requested for each of the victims.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court will continue to leave open the determination of the amount of restitution.
2. The parties shall contact the Court to schedule a status conference.

DATED: October 21, 2026
at Minneapolis, Minnesota.

John R. Tunheim
_______________________
JOHN R. TUNHEIM
United States District Judge